# United States District Court

WESTERN DISTRICT OF WASHINGTON

WILLIAM JAMES STRICKLAND

       v.

FEDERAL BUREAU OF PRISONS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5542FDB
                  CR01-5481FDB

____    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. IT IS ORDERED: Petitioner Strickland's Motion for Adjustment of Sentence, or in The Alternative, Clarification re Federal Bureau of Prisons Policy, etc. is DENIED.

2. This cause of action is DISMISSED.

October 15, 2007                 BRUCE RIFKIN
                                              Clerk

                                            s/ D. Forbes
                                        By, Deputy Clerk